[No. 10020–7–II.   Division Two.   July 9, 1987.]

*In the Matter of* DEREK ROBERT MORRISON.

Appeal from a judgment of the Superior Court for Clark County, No. 65102RO70, Ronald C. Wilkinson, J. Pro Tem., entered June 20, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 9460–6–II.   Division Two.   July 9, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
MARK ALLAN PETERSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–00913–6, D. Gary Steiner, J., entered January 10, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 8665–4–II.   Division Two.   July 9, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
DONNIEL D. BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89982RO50, Waldo F. Stone, J., entered March 22, 1985. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.